**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY,
ADC #113285                                                                                    PLAINTIFF

V.                                   5:11CV00142 JMM/JTR

WENDY KELLEY,
Deputy Director of Health,
Arkansas Department of Correction                                                DEFENDANT

**ORDER**

Defendant Wendy Kelley has filed a Motion to Dismiss and a Brief in Support. *See* docket entries #11 and #12. The Court concludes that a Response from Plaintiff would be helpful to the resolution of that Motion.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant's Motion to Dismiss (docket entry #11).

2. Plaintiff is advised that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]

---

[1] Local Rule 5.5(c)(2) provides, in pertinent part that: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

Dated this  23rd   day of August, 2011.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE