IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                     PLAINTIFF

V.                              5:11CV00142 JMM/JTR

WENDY KELLEY,
Deputy Director of Health,
Arkansas Department of Correction                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendant's Motion to Dismiss (docket entry #11) is DENIED.

2.      Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant Kelley shall file an Answer within fourteen days of the entry of this Order.

Dated this   21   day of   Ocotboer  , 2011.

_____
UNITED STATES DISTRICT JUDGE