IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                              PLAINTIFF

V.                                    5:11CV00142 JMM/JTR

WENDY KELLEY,
Deputy Director of Health,
Arkansas Department of Correction                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is entered in favor of Defendants and against Plaintiff. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED THIS  29   day of June, 2012.


_____
James M. Moody
United States District Judge